UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARET ANN COLEMAN,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>NEVADA STATE, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:15-CV-121 JCM (GWF)<br><br>ORDER |

　　　　Presently before the court are the report and recommendation of Magistrate Judge Foley. (Doc. # 3). No objections were filed, and the deadline for filing objections has passed.

　　　　Magistrate Judge Foley recommended that plaintiff's amended complaint (doc. # 2) be dismissed with prejudice.

　　　　This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's **report and recommendation**, then the court is required to "make a de novo determination of those portions of the [**report and recommendation**] to which objection is made." 28 U.S.C. § 636(b)(1).

　　　　Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003)

**James C. Mahan**
**U.S. District Judge**

1  (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are
2  not required to review "any issue that is not the subject of an objection."). Thus, if there is no
3  objection to a magistrate judge's recommendation, then this court may accept the recommendation
4  without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a
5  magistrate judge's recommendation to which no objection was filed).

6  Nevertheless, this court finds it appropriate to engage in a de novo review to determine
7  whether to adopt the recommendation of the magistrate judge. Upon reviewing the
8  recommendation and underlying briefs, this court finds good cause appears to ADOPT the
9  magistrate judge's findings in full.

10 Accordingly,

11 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the report and
12 recommendation of Magistrate Judge Foley, (doc. # 3), are ADOPTED in their entirety.

13 DATED August 10, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**